IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lusk, Lashone

Printed: 03/24/09

Case Number: 05 B 19888
Judge: Hollis, Pamela S
Filed: 9/26/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: March 5, 2009
Confirmed:  December 4, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,853.85 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 6,743.67 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,600.00 |
| Trustee Fee: |  | 504.03 |
| Other Funds: |  | 6.15 |
| Totals: | 8,853.85 | 8,853.85 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,600.00 | 1,600.00 |
| 2. | Chrysler Financial Services Americas LLC | Secured | 0.00 | 0.00 |
| 3. | Discover Financial Services | Unsecured | 5,020.76 | 5,020.76 |
| 4. | Capital Recovery Systems | Unsecured | 706.95 | 706.95 |
| 5. | Carson Pirie Scott & Co | Unsecured | 1,015.96 | 1,015.96 |
| 6. | Chase Manhattan | Secured |  | No Claim Filed |
| 7. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 8. | Citi Cards | Unsecured |  | No Claim Filed |
| 9. | Citi Cards | Unsecured |  | No Claim Filed |
| 10. | Providian | Unsecured |  | No Claim Filed |
| 11. | Silver Lake Resort | Unsecured |  | No Claim Filed |
| 12. | BP Amoco | Unsecured |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | Wells Fargo Financial | Unsecured |  | No Claim Filed |
|  |  |  | $ 8,343.67 | $ 8,343.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 88.79 |
| 5.4% | 199.81 |
| 6.5% | 144.30 |
| 6.6% | 71.13 |
|  | $ 504.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lusk, Lashone | Case Number: 05 B 19888 |
| | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | Filed: 9/26/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*